FILED

08/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0461

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0461

_____

MARVIN LEROY TIDWELL &
JOSEMERY BECKER TIDWELL,

     Petitioners,

    v.

MONTANA SIXTH JUDICIAL DISTRICT
COURT, PARK COUNTY, HONORABLE
BRENDA R. GILBERT, Presiding,

     Respondent.

O R D E R

_____

Petitioners Marvin Leroy Tidwell and Josemery Becker Tidwell, via counsel, seek a writ of supervisory control over the Sixth Judicial District Court, Park County, in its Cause No. DV-34-2022-76-OC. Tidwells allege that the court erred in determining that the realtors that were involved in the sale of their property were not acting as "dual agents" within the meaning of the applicable statutes.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that: Aaron Hurvitz, Trustee of the Hurvitz Family Trust Dated January 10, 2014, Plaintiff in the underlying litigation; Baylor Carter, Julie Kennedy, Tom Gierhan, and Robyn L. Erlenbush Real Estate P.C. d/b/a Era Landmark Western Land, Third-Party Defendants in the underlying litigation; and the Sixth Judicial District Court, are each granted 30 days from the date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DV-34-2022-76-OC.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Sixth Judicial District Court, Park County, Cause No. DV-24-2022-76-OC, and the Honorable Brenda R. Gilbert, presiding.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 9 2024